# Court of Appeals, State of Michigan

## ORDER

People of Michigan v Candice April Sorreis

Docket No. 327369

LC No. 14-022310-FH

Cynthia Diane Stephens
Presiding Judge

Deborah A. Servitto

Elizabeth L. Gleicher
Judges

The Court orders that the October 10, 2016 opinions are hereby AMENDED to correct a clerical error. The opinions are corrected to read November 10, 2016 as the date of the opinions.

In all other respects, the opinions remain unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

NOV 16 2016

Date

Chief Clerk